# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BRANDON RAY SMILEY BERRY,
    Plaintiff,

vs.                                      Case No.: 3:20cv5637/MCR/EMT

ESCAMBIA COUNTY SHERIFF, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on October 19, 2020 (ECF No. 6). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed. On de novo review, the Court has determined that the chief magistrate judge's findings and recommendations are supported by the record and by proper analysis. Therefore, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 19th day of November, 2020.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv5637/MCR/EMT